UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCK SCIENTIFIC, INC., | Case No.: 21-CV-1118 JLS (JLB) |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | (ECF No. 7) |
| TRUE DIAGNOSTICS, INC.; SYNTRON BIORESEARCH, INC.; and DOES 1-100, inclusive, | |
| Defendants. | |

Presently before the Court is Defendants Syntron Bioresearch, Inc. and True Diagnostics, Inc.'s Motion to Dismiss (ECF No. 7).   On its own motion, the Court **VACATES** the hearing currently set for September 30, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

   **IT IS SO ORDERED.**

Dated:  September 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1